B6 Declaration (Official Form 6 - Declaration). (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

In re: Erin L Sudberry-Laudati
Vito Laudati, III
Debtor(s)

Case No. 15-26971
Chapter 13

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 1/14/19         Signature _/s/ Erin Sudberry-Laudati_
                     Erin L Sudberry-Laudati
                     Debtor

Date 1/14/19         Signature _/s/ Vito Laudati, III_
                     Vito Laudati, III
                     Joint Debtor

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.