UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-26971 |
| Erin L Sudberry-Laudati and Vito Laudati, III | ) | (Jointly Administered) |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | Kane |
| Debtor(s) | ) | |

### ORDER ON MOTION TO OBTAIN/INCUR DEBT

THIS CAUSE COMING ON TO BE HEARD on the motion of the Debtors to incur debt, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED that the Debtors are permitted to purchase a 2015 Nissan Altima or similar vehicle, with an amount financed not to exceed $15,657.50, interest not to exceed 17.25%, and monthly payments not to exceed $350.51.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: February 01, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600