**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Erin L Sudberry-Laudati | ) | Case no. 15-26971 |
|          Vito Laudati Iii | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Judge:  Janet S. Baer |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| Erin L Sudberry-Laudati<br>Vito Laudati Iii<br>1864 Bluestem Circle<br>Aurora, IL  60504 | David Cutler<br>4131 Main St<br>Skokie,IL 60076 | BMO Harris Bank N.A.<br>P.O. Box 2035<br>Milwaukee, WI 53201-2035 |

Please take notice that on Friday, October 4, 2019 at  9:30 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer at the Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, IL 60134 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors and creditor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Thursday, August 15, 2019.

/s/ Benjamin Ruggles

For:  Glenn Stearns, Trustee

---

**OBJECTION TO CLAIM # 5**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests an order reducing the amount of claim # 5, and in support thereof, states the following:

1. On August 06, 2015 the Debtors filed a petition under Chapter 13.
2. A claim was filed for the debt owed to BMO HARRIS BANK NA on  September 23, 2015 (# 5 on PACER) in the amount of $4,111.52.
3. BMO HARRIS BANK NA notified the Trustee on 4/10/2019 that the claim is paid in full.

WHEREFORE, the Trustee prays that said claim of BMO HARRIS BANK NA be reduced to the amount paid to date, be reduced further if additional funds are returned by BMO HARRIS BANK NA, and for such other relief as this court deems proper.

Respectfully Submitted;

/s/  Pamela L. Peterson

For:  Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888