IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 15-26971 |
|---|---|---|
| Erin L Sudberry-Laudati and | ) | |
| Vito Laudati, III | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Honorable Judge Janet S. Baer (KANE) |

## AMENDED NOTICE OF MOTION

To:   Glenn Stearns, Chapter 13 Trustee *notice via ECF delivery system*

Erin L Sudberry-Laudati and Vito Laudati, III, 1864 Bluestem Circle Aurora, IL 60504 *notice via US Mail*

Motor World, C/O Ed Peterson, 550 Roosevelt Road, Glen Ellyn, IL 60137 *notice via US Mail*

MRPierce, LLC, d/b/a McCalla Raym et.al. 1 North Dearborn St. Suite 1300 Chicago, IL 60602 *notice via US Mail*

*See attached service list*

PLEASE TAKE NOTICE that on September 20, 2019 at 10:00 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Janet S. Baer or any other Bankruptcy Judge presiding at Kane County Courthouse 100 S. Third Street, Room 240 Geneva, IL 60134, and shall present the AMENDED **Motion to Obtain/Incur Debt**, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St., Skokie IL 60076
(847) 673-8600

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of the Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 6:30 p.m. on or before September 11, 2019.

/s/ *David H. Cutler*
Attorney for Debtor(s)