UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 15-26971
Erin L Sudberry-Laudati )
Vito Laudati, III )  Chapter: 13
 )  Honorable Janet S. Baer
 )
 )
Debtor(s) )

### ORDER GRANTING MOTION TO OBTAIN CREDIT / INCUR DEBT

THIS CAUSE COMING ON TO BE HEARD on the Debtors' motion, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED THAT:

The Debtors are permitted to purchase a 2016 Hyundai Sonata or similar vehicle, with an amount financed not to exceed $20,201.15, interest not to exceed 14.99%, and monthly payments not to exceed $427.04.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  September 20, 2019